IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUSQUEHANNA COMMERCIAL FINANCE, INC.** : | CIVIL ACTION NO. 1:09-CV-2012 |
| : | (Judge Conner) |
| Plaintiff  : | |
| : | |
| v.  : | |
| : | |
| **VASCULAR RESOURCES, INC.,** *et al.,*  : | |

## ORDER

AND NOW, this 26th day of July, 2011, upon consideration of the July 12, 2011 Order (Doc. 152) of the Honorable Martin C. Carlson, United States Magistrate Judge, recommending that the court enter judgment in favor of plaintiff, Susquehanna Commercial Finance, Inc., as to defendants Congero Development, LLC, Congero Managment, LLC, Gary Savlov, Bruce Wallace, Kathryn Wallace, and Vascular Resources, Inc., pursuant to the terms of the settlement agreement of the parties (Doc. 148), the material terms of which were placed on the record during the settlement conference held on March 30, 2011, before Judge Carlson, (Doc. 145), and in accordance with the stipulation for entry of judgment (Doc. 148) filed by the parties on July 5, 2011, and after a review of the record (Doc. 145) and the stipulation for entry of judgment (Doc. 148), it is hereby ORDERED that:

1. The recommendation (Doc. 152) of Magistrate Judge Carlson is ADOPTED.

2. The Clerk of Court is directed to enter judgment in favor of Susquehanna Commercial Finance, Inc. in accordance with the stipulation for entry of judgment (Doc. 148) as follows:

a. The amount of $3,000,000 in favor of Susquehanna Commercial Finance, Inc. and against Bruce Wallace, Kathryn Wallace, Congero Development, LLC, Congero Management, LLC and Vascular Resources, Incorporated, jointly and severally; and,

b. The amount of $1,000,000 in favor of Susquehanna Commercial Finance, Inc. and against Gary Savlov.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge