IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUSQUEHANNA COMMERCIAL FINANCE, INC.,** | : | CIVIL ACTION NO. 1:09-CV-2012 |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **VASCULAR RESOURCES, INC.,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 28th day of July, 2011, upon consideration of the Report and Recommendation of United States Magistrate Judge Martin C. Carlson (Doc. 157), recommending that, pursuant to the filing of plaintiff's Rule 41(a)(1)(A)(i), plaintiff's complaint be dismissed as to defendant Vasconcellos, it is hereby ORDERED that:

1. The Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 157) are ADOPTED.

2. Plaintiff's complaint is DISMISSED as to Defendant Vasconcellos.

3. The Clerk of Court is directed to CLOSE this case.

                                                  S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge